UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR J. SALAS,<br><br>        Plaintiff,<br><br>   v.<br><br>DANIELLA GODINEZ, et al.<br><br>        Defendants. | No.  1:23-cv-00047-JLT-SAB (PC)<br><br>ORDER VACATING SETTLEMENT CONFERENCE, LIFTING STAY OF CASE, AND DIRECTING CLERK OF COURT TO ISSUE THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF Nos. 17, 19) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On August 29, 2023, the Court issued an order referring this case to the Court's Alternative Dispute Resolution Program, set the case for a settlement conference on November 14, 2023, before Magistrate Judge Barbara A. McAuliffe, and stayed the case. (ECF No. 17.) The Court advised defense counsel that counsel could opt-out of the settlement conference with thirty days.

On September 28, 2023, Defendants filed a motion to opt-out of the settlement conference because after investigation they believe a settlement conference would be unproductive at this time. (ECF No. 19.)

///

1

Accordingly, it is HEREBY ORDERED that:

1. The settlement conference set for November 14,, 2023, before Magistrate Judge Barbara A. McAuliffe is VACATED;
2. The stay of this case is lifted; and
3. The Clerk of Court shall issue the discovery and scheduling order.

IT IS SO ORDERED.

Dated:   **October 2, 2023**

UNITED STATES MAGISTRATE JUDGE