UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR J. SALAS,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIELLA GODINEZ, et al.<br><br>    Defendants. | No. 1:23-cv-00047-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 24) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the discovery and scheduling order, filed January 31, 2024.

Good cause having been presented, it is HEREBY ORDERED that the deadline to file an exhaustion motion for summary judgment is extended to **April 2, 2024**.

IT IS SO ORDERED.

Dated:  **January 31, 2024**

UNITED STATES MAGISTRATE JUDGE

1